ROBERT A. DOLINKO (State Bar No. 076256)
rdolinko@nixonpeabody.com
BONNI F. GLATZER (State Bar No. 147804)
bglatzer@nixonpeabody.com
TRACI SERNA1ID-MARKS (State Bar No. 300174)
tbemardmarks@nxionpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendants
HERTZ LOCAL EDITION CORP.,
LaKEISHA CARTER and DEREK JUDEN

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGET KORNS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HERTZ LOCAL EDITION CORP.;<br>LaKEISHA CARTER, an individual;<br>DEREK JUDEN, an individual; and<br>DOES 1 - 100, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02976-PA-AS<br><br>**ORDER PURSUANT TO STIPULATION OF DISMISSAL OF FEDERAL FMLA CLAIM AND REMAND CASE TO STATE COURT** |

PURSUANT TO the Stipulation of the Parties, the court hereby ORDERS that:

1. Plaintiffs claims for violations of the Family and Medical Leave Act, 29 U.S.C. § 2611(4) ("FMLA"), which appear in the Fourth Cause of Action of her complaint, are hereby dismissed with prejudice.

-1-

-2-

2. With the dismissal of Plaintiffs FMLA claims, this action shall be remanded to the California Superior Court for the County of Los Angeles - Central District.

3. No costs or attorneys' fees shall be assessed against any party in connection with the removal and remand of this case.

DATE: May 24, 2016

IT IS SO ORDERED:

                                                _____
                                                Percy Anderson
                                                U.S. District Judge