

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| | **WESTERN DIVISION**<br>312 North Spring Street, Room G-8<br>Los Angeles, CA 90012<br>Tel: (213) 894-3535 | **SOUTHERN DIVISION**<br>411 West Fourth Street, Suite 1053<br>Santa Ana, CA 92701-4516<br>(714) 338-4750 |
| **KIRY K. GRAY**<br>Clerk of Court | | **EASTERN DIVISION**<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501<br>(951) 328-4450 |

May 24, 2016

Superior Court for the State of California, County of Los Angeles
111 N. Hill Street
Los Angeles, CA 90012

Re:  Case Number: _____2:16-cv-02976-PA-AS_____
     Previously Superior Court Case No. _____BC 613841_____
     Case Name: _____BRIDGET KORNS V. HERTZ LOCAL EDITION CORP. ET AL_____

Dear Sir/Madam:

   Pursuant to this Court's ORDER OF REMAND issued on _____5/24/16_____, the above-referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

                                          Respectfully,

                                          Clerk, U.S. District Court

                                          By: _/s/ Madelina Guerrero_
                                              Deputy Clerk
                                              madelina_guerrero@cacd.uscourts.gov
                                              Western Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

                                          Clerk, Superior Court

_____               By: _____
Date                                          Deputy Clerk